IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| WILLIE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-4143-CV-C-SOW |
| ) | |
| FULTON STATE HOSPITAL, et al., ) | |
| ) | |
| Defendants.. ) | |

## ORDER

On January 17, 2006, the United States Magistrate Judge recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's January 17, 2006, Report and Recommendation is adopted [19 ]. It is further

ORDERED that, pursuant to Fed. R. Civ. P. 41(b), plaintiff's claims in the above-styled cause are dismissed for failure to comply with a court order.

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: March 16, 2006