# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

WILLIE MOORE

V

FULTON STATE HOSPITAL, et al.

 Case Number: 05-4143-CV-C-SOW

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **IT IS ORDERED AND ADJUDGED THAT:** that, pursuant to Fed. R. Civ. P. 41(b), plaintiff's claims in the above-styled cause are dismissed for failure to comply with a court order.

ENTERED ON: March 16, 2006

*March 16, 2006*
Date

 *Patricia L. Brune*
 *Clerk*

 */s/ J Price*
 *J Russel*
 *(By) Deputy Clerk*